DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC D. READON, SR.,**
Appellant,

v.

**JANNETT E. SPENCE, WORLDWIND INVESTMENT GROUP, LLC,
BLACK RAIN CITY CAPITAL INVESTMENT, LLC, JOSEPH RILEY** and
**LAKEISHA READON,**
Appellees.

No. 4D19-3141

[July 16, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE2019-004362.

Eric Scott Brumfield of The Law Office of Eric Scott Brumfield, Esq., Miami, for appellant.

Janet E. Spence of J.E. Spence, P.A., Pembroke Pines, for appellee, Jannett E. Spence.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CIKLIN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***